**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NORTHWEST COALITION FOR ALTERNATIVES TO PESTICIDES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br><br> CROPLIFE AMERICA, WASHINGTON FRIENDS OF FARMS AND FORESTS, OREGONIANS FOR FOOD AND SHELTER, RISE (RESPONSIBLE INDUSTRY FOR A SOUND ENVIRONMENT); <br><br> DOW AGROSCIENCES, LLC; and <br><br> WILLAPA/GRAYS HARBOR OYSTER GROWERS ASSOCIATION, <br><br> Defendant-Intervenors. | Case No. 10-cv-1919-TSZ <br><br> ORDER |

Pursuant to the Plaintiffs' and Federal Defendant's Joint Motion to Stay Briefing on Federal Defendant's Motion to Dismiss and Stipulated Motion to Amend the Complaint, docket no. 33, and for good cause shown, it is **HEREBY ORDERED** that the motion is **GRANTED in part as follows:**

ORDER - 1

(1) Federal Defendant Environmental Protection Agency's Motion to Dismiss (Dkt. No. 16) is STRICKEN without prejudice.

(2) Plaintiffs are granted leave to amend their complaint, and they shall electronically file their amended complaint adding as plaintiffs individual members and affiliates of the existing plaintiff groups who reside in the Western District of Washington on or before **May 3, 2011.**

(3) The Federal Defendant shall either file its answer or another motion to dismiss on or before **June 1, 2011.**

(4) The Federal Defendant shall electronically file the index to the administrative record with the Court on or before **June 10, 2011.**

**IT IS SO ORDERED.**

DATED this 9th day of March, 2011.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2