IGNACIA S. MORENO         THE HONORABLE THOMAS S. ZILLY
Assistant Attorney General
SETH M. BARSKY, Section Chief
SRINATH JAY GOVINDAN, Assistant Chief

MEREDITH L. FLAX (D.C. Bar # 468016)
J. BRETT GROSKO (Maryland Bar)
United States Department of Justice
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 305-0404 / (202) 305-0342 | Phone
(202) 305-0275 | Fax
meredith.flax@usdoj.gov
brett.grosko@usdoj.gov

*Counsel for Federal Defendant*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST COALITION FOR ALTERNATIVES TO PESTICIDES, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, and DEFENDERS OF WILDLIFE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Federal Defendant,<br><br>DOW AGROSCIENCES LLC, *et al.*,<br><br>Intervenor-Defendants. | Civ. No. 10-01919-TSZ<br><br>FEDERAL DEFENDANT'S RESPONSE TO INTERVENOR-DEFENDANTS' JOINT MOTION FOR JUDGMENT ON THE PLEADINGS |

FEDERAL DEFENDANT'S RESPONSE TO INTERVENOR-
DEFENDANTS' JOINT MOTION FOR JUDGMENT ON
THE PLEADINGS
(Civ. No. 10-01919-TSZ)

*U.S. Department of Justice*
*P.O. Box 7611*
*Washington D.C.. 20044*

-1-

Federal Defendant, the Environmental Protection Agency ("EPA"), submits the following response to Intervenor-Defendants Dow AgroSciences LLC, Croplife America, Washington Friends of Farms and Forests, Oregonians for Food and Shelter, and Responsible Industry for a Sound Environment's (collectively, "Intervenors") Motion for Judgment on the Pleadings (Dkt. No. 80) ("Motion").

EPA concurs with Intervenors' argument concerning Article III standing, and notes that standing is a threshold issue that must be resolved before the Court considers the merits of Plaintiffs' claim. *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992); *see also Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 102-03 (1998). Here, Plaintiffs have failed to make any allegation concerning their purported interest in any of the particular salmonid Evolutionarily Significant Units ("ESUs") at issue in the two biological opinions ("BiOps") at the heart of Plaintiffs' Amended Complaint. Nor have Plaintiffs alleged the existence of a nexus between their purported interest in those ESUs and harm resulting from the application of any of the six pesticides at issue in the BiOps. The Court should accordingly enter judgment for the Defendant. EPA takes no further position as to Intervenors' Motion, and reserves all arguments on the merits should this case proceed to the consideration of the parties' cross-motions for summary judgment.

Dated: August 27, 2012.

FEDERAL DEFENDANT'S RESPONSE TO INTERVENOR-
DEFENDANTS' JOINT MOTION FOR JUDGMENT ON
THE PLEADINGS
(Civ. No. 10-01919-TSZ)

*U.S. Department of Justice*
*P.O. Box 7611*
*Washington D.C.. 20044*

-2-

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
SETH M. BARSKY, Section Chief
SRINATH JAY GOVINDAN, Assistant Chief

*/s/ J. Brett Grosko*

_____

MEREDITH L. FLAX (D.C. Bar # 468016)
J. BRETT GROSKO (Maryland Bar)
United States Department of Justice
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 305-0404 / (202) 305-0342 | Phone
(202) 305-0275 | Fax
meredith.flax@usdoj.gov
brett.grosko@usdoj.gov

*Counsel for Federal Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ J. Brett Grosko*
_____
J. BRETT GROSKO

FEDERAL DEFENDANT'S RESPONSE TO INTERVENOR-
DEFENDANTS' JOINT MOTION FOR JUDGMENT ON
THE PLEADINGS
(Civ. No. 10-01919-TSZ)

U.S. Department of Justice
P.O. Box 7611
Washington D.C.. 20044