STEPHEN D. MASHUDA (WSB #36968)       THE HONORABLE THOMAS S. ZILLY
AMANDA W. GOODIN (WSB #41312)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
smashuda@earthjustice.org
agoodin@earthjustice.org

*Attorneys for Plaintiffs, Northwest Center for
Alternatives to Pesticides, Pacific Coast Federation
of Fishermen's Associations, Institute for Fisheries
Resources, Defenders of Wildlife, Joel Kawahara,
and Edward Deryckx*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST CENTER FOR ALTERNATIVES TO PESTICIDES, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, DEFENDERS OF WILDLIFE, JOEL KAWAHARA, and EDWARD DERYCKX, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Federal Defendant, <br><br> v. <br><br> CROPLIFE AMERICA, RISE, OREGONIANS FOR FOOD AND SHELTER, WASHINGTON FRIENDS OF FARMS AND FORESTS; DOW AGROSCIENCES LLC; and WILLAPA/GRAYS HARBOR OYSTER GROWERS ASSOCIATION, <br><br> Intervenor-Defendants. | Civ. No.  10-01919-TSZ <br><br><br> JOINT STATUS REPORT |

JOINT STATUS REPORT (Civ. No. 10-01919-TSZ)   -1-

In accordance with the Court's April 30, 2013 Minute Order (Dkt. #128), the Parties have conferred regarding the status of this case. As indicated in the April 23, 2013 Joint Status Report (Dkt. #127), Plaintiffs will seek to file a supplemental complaint in light of the Fourth Circuit's decision in *Dow AgroSciences LLC v. NMFS*, 707 F.3d 462 (4th Cir. 2013). Plaintiffs intend to do so by August 15, 2013. Plaintiffs have agreed to circulate a draft of that supplemental complaint no later than August 2, 2013 to allow the Federal Defendant and Defendant-Intervenors to consider whether to oppose the filing of the supplemental complaint.

The Parties request that the Court require the Parties to submit a joint status report no later than August 9, 2013 presenting the Parties' position or positions as to whether the filing of Plaintiffs' supplemental complaint will be opposed and–to the extent that the Court grants Plaintiffs leave to file their supplemental complaint–on the schedule for the filing of any responses or answers to that supplemental complaint.

Respectfully submitted this 18th day of July, 2013.

s/ Stephen D. Mashuda
STEPHEN D. MASHUDA (WSB #36968)
AMANDA W. GOODIN (WSB #41312)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
smashuda@earthjustice.org
agoodin@earthjustice.org

*Attorneys for Plaintiffs, Northwest Center for Alternatives to Pesticides, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, Defenders of Wildlife, Joel Kawahara, and Edward Deryckx*

JOINT STATUS REPORT (Civ. No. 10-01919-TSZ)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | s/ Stephen D. Mashuda, for * |
| 3 | \* per email authorization | MEREDITH L. FLAX (D.C. Bar #468016) |
|   | | J. BRETT GROSKO (Maryland Bar) |
| 4 | | United States Department of Justice |
|   | | Wildlife and Marine Resources Section |
| 5 | | Environment & Natural Resources Section |
| 6 | | United States Department of Justice |
|   | | P.O. Box 7611 |
| 7 | | Washington, D.C. 20044-7611 |
|   | | (202) 305-0404/(202) 305-0342 | Phone |
| 8 | | (202) 305-0275 | Fax |
|   | | meredith.flax@usdoj.gov |
| 9 | | brett.grosko@usdoj.gov |
| 10 | | *Counsel for the Federal Defendant* |
| 11 | *Of Counsel* | |
| 12 | Mark Dyner, Esq. | |
| 13 | Environmental Protection Agency | |
|   | Office of General Counsel | |
| 14 | 1200 Pennsylvania Avenue, N.W. | |
|   | Washington, D.C. 20460 | |
| 15 | | |
| 16 | | |
| 17 | | s/ Stephen D. Mashuda, for * |
|   | \* per email authorization | J. MICHAEL KLISE (*pro hac vice*) |
| 18 | | Amy Chasanov, WSB No. 41557 |
|   | | Crowell & Moring LLP |
| 19 | | 1001 Pennsylvania Avenue, N.W. |
|   | | Washington, D.C. 20004-2595 |
| 20 | | (202) 624-2629 | Phone |
|   | | jmklise@crowell.com |
| 21 | | |
| 22 | | *Attorneys for Defendant-Intervenors CropLife* |
|   | | *America, Washington Friends of Farms and* |
| 23 | | *Forests, Oregonians for Food and Shelter,* |
|   | | *and Responsible Industry for a Sound Environment* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | JOINT STATUS REPORT (Civ. No. 10-01919-TSZ)   -3- | *Earthjustice*<br>*705 Second Ave., Suite 203*<br>*Seattle, WA  98104*<br>*(206) 343-7340* |

<mark>

1
2
3   \* per email authorization
4
5
6
7
8
9
10
11
12
13
14
15
16
17   \* per email authorization
18
19
20
21
22
23
24
25
26
27
28  JOINT STATUS REPORT (Civ. No. 10-01919-TSZ)   -4-

s/ Stephen D. Mashuda, for *
DAVID B. WEINBERG
JOSEPH S. KAKESH
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7000 | Phone
(202) 719-7049 | Fax
dweinberg@wileyrein.com
eandreas@wileyrein.com

ROY A. UMLAUF
KENNETH M. ROESSLER
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2050
(206) 689-8500 | Phone
(206) 689-8501 | Fax
rumlauf@forsberg-umlauf.com
kroessler@forsberg-umlauf.com

*Attorneys for Intervenor-Defendant Dow AgroSciences LLC*

s/ Stephen D. Mashuda, for *
SAMUEL W. PLAUCHE
AMANDA M. STOCK
Plauché & Stock LLP
811 First Avenue, Suite 630
Seattle, WA  98104
(206) 588-4188 | Phone
billy@plauchestock.com
amanda@plauchestock.com

*Attorneys for Willapa/Grays Harbor Oyster Growers Association*

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington.  I am over 18 years of age and not a party to this action.  My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I HEREBY CERTIFY that on July 18, 2013, I electronically filed the following documents:

1. Joint Status Report.

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Meredith L. Flax
J. Brett Grosko
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
**Street Address**:
601 D Street, N.W., Room 3712
Washington, D.C.  20004
(202) 305-0404 | Phone (Meredith)
(202) 305-0342 | Phone (Brett)
(202) 305-0275 | Fax
meredith.flax@usdoj.gov
brett.grosko@usdoj.gov
*Attorney for Federal Defendants*

☐ via facsimile
☐ via overnight mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via Court ECF system
☐ via email

CERTIFICATE OF SERVICE   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | J. Michael Klise | ☐ via facsimile |
| 2 | Amy Chasanov<br>Steven P. Quarles | ☐ via overnight mail<br>☐ via first-class U.S. mail |
| 3 | Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W. | ☐ via hand delivery<br>☒ via Court ECF system |
| 4 | Washington, D.C.  20004-2595<br>(202) 624-2629 | Phone | ☐ via email |

1  J. Michael Klise
2  Amy Chasanov
   Steven P. Quarles
3  Crowell & Moring LLP
   1001 Pennsylvania Avenue, N.W.
4  Washington, D.C.  20004-2595
   (202) 624-2629 | Phone
   (202) 624-2690 | Phone
5  (202) 628-5116 | Fax
   jmklise@crowell.com
6  achasanov@crowell.com
7  squarles@crowell.com
   *Attorney for Intervenor-Defendant CropLife America, RISE,*
8  *Oregonians for Food and Shelter, and Washington Friends of*
   *Farms and Forests*
9
   Roy A. Umlauf
10 Kenneth M. Roessler
   Forsberg & Umlauf, P.S.
11 901 Fifth Avenue, Suite 1400
   Seattle, WA  98164-2050
12 (206) 689-8500 | Phone
   (206) 689-8501 | Fax
13 rumlauf@forsberg-umlauf.com
14 kroessler@forsberg-umlauf.com
   *Attorneys for Intervenor-Defendant Dow AgroSciences LLC*
15
   David B. Weinberg
16 Cori Lombard
   Joseph S. Kakesh
17 Wiley Rein LLP
   1776 K Street, N.W.
18 Washington, D.C.  20006
19 (202) 719-7000 | Phone
   (202) 719-7049 | Fax
20 dweinberg@wileyrein.com
   clombard@wileyrein.com
21 jkakesh@wileyrein.com
22 *Attorneys for Intervenor-Defendant Dow AgroSciences LLC*

Service indicators (right column):

- First block (Klise/Chasanov/Quarles): ☐ via facsimile, ☐ via overnight mail, ☐ via first-class U.S. mail, ☐ via hand delivery, ☒ via Court ECF system, ☐ via email
- Second block (Umlauf/Roessler): ☐ via facsimile, ☐ via overnight mail, ☐ via first-class U.S. mail, ☐ via hand delivery, ☒ via Court ECF system, ☐ via email
- Third block (Weinberg/Lombard/Kakesh): ☐ via facsimile, ☐ via overnight mail, ☐ via first-class U.S. mail, ☐ via hand delivery, ☒ via Court ECF system, ☐ via email

23
24
25
26
27
28  CERTIFICATE OF SERVICE   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Samuel W. Plauché
Amanda M. Carr
Plauché & Carr LLP
811 First Avenue, Suite 630
Seattle, WA  98104
(206) 588-4188 | Phone
billy@plauchecarr.com
amanda@plauchecarr.com
*Attorneys for Intervenor-Defendant Willapa/Grays Harbor Oyster Growers Association*

☐ via facsimile
☐ via overnight mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via Court ECF system
☐ via email

AND I FURTHER CERTIFY that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

None

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July, 2013, at Seattle, Washington.

_____
Catherine Hamborg

CERTIFICATE OF SERVICE   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*