1

ROBERT G. DREHER                                            THE HONORABLE THOMAS S. ZILLY
Acting Assistant Attorney General

2

SETH M. BARSKY, Section Chief

3

SRINATH JAY GOVINDAN, Assistant Chief

4

MEREDITH L. FLAX (D.C. Bar # 468016)

5

J. BRETT GROSKO (Maryland Bar)
United States Department of Justice

6

Wildlife and Marine Resources Section
Environment & Natural Resources Section

7

United States Department of Justice
P.O. Box 7611

8

Washington, D.C.  20044-7611

9

(202) 305-0404 / (202) 305-0342 | Phone
(202) 305-0275 | Fax

10

meredith.flax@usdoj.gov
brett.grosko@usdoj.gov

11

12

*Counsel for Federal Defendant*

13

**UNITED STATES DISTRICT COURT**

14

**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

15

16

NORTHWEST CENTER FOR
ALTERNATIVES TO PESTICIDES, et

17

al.,                                                        )  No. 2:10-cv-01919-TSZ

18

            Plaintiffs,                                      )  **PARTIES' STIPULATED**
                                                             )  **MOTION FOR A STAY AND**

19

      v.                                                     )  **ORDER**

20

UNITED STATES ENVIRONMENTAL                                  )  **NOTE ON MOTION**

21

PROTECTION AGENCY,                                           )  **CALENDAR: THURSDAY,**
                                                             )  **FEBRUARY 13, 2014**

22

            Federal Defendant,                               )

23

      and                                                    )

24

CROPLIFE AMERICA, *et al.*,                                  )

25

                                                             )

26

            Intervenor-Defendants.                           )

27

                                                             )

28

1

1    Plaintiffs, Northwest Center for Alternatives to Pesticides, *et al.*, Federal Defendant, U.S.

2    Environmental Protection Agency, and Defendant-Intervenors CropLife America, *et al.*, request

3    a 31-day stay of this case, and state in support:

4        1.    Pursuant to a stipulation, the Court ordered the parties to "confer and submit their

5    proposal(s) for any discovery and a summary judgment briefing schedule–in accordance with the

6    applicable Federal Rules of Civil Procedure and this Court's previous orders–within seven days

7    of the Court's order denying in whole or in part any dispositive motion(s)," Dkt. No. 142 at 2

8    (Oct. 21, 2013).

9        2.    Defendant-Intervenors filed a motion to dismiss the first and third claims in

10   Plaintiffs' supplemental complaint on October 31, 2013 (Dkt. No. 147).  The Court denied

11   Defendant-Intervenors' motion to dismiss on January 28, 2014 (Dkt. No. 161).  The deadline for

12   the parties to file a proposal for any discovery and a summary judgment briefing schedule was

13   therefore originally February 4, 2014. The deadline for Defendant-Intervenors to file an Answer

14   to the Supplemental Complaint is February 14, 2014.

15       3.    On February 3, 2014, the parties requested an additional ten days to confer with

16   their clients and each other regarding the status of this case and to determine if agreement can be

17   reached regarding any discovery and summary judgment briefing schedule(s).

18       4.    The Court granted the parties' request for a 10-day extension on February 4,

19   2014.  Dkt. No. 163.  The parties' proposal(s) for any discovery and summary judgment briefing

20   schedule(s) are therefore currently due on February 14, 2014.

21       5.    The Plaintiffs and Defendant have been engaged in substantive settlement

22   discussions resulting in a concrete proposal for further settlement talks.  In order to facilitate

23   their participation in future discussions, Defendant has recently informed the Intervenors about

2

the content of those discussions. Accordingly, to preserve the parties' and the Court's resources, the parties request a 31-day stay of this case to continue settlement discussions.  In order to preserve resources, Defendant-Intervenors request, and the Plaintiffs and Defendant do not object, that the 31-day stay also apply to the deadline for Defendant-Intervenors' Answer.

6.    This Court has authority to grant a stay pursuant to its "inherent authority to control its own docket and calendar."  *Yong v. INS*, 208 F.3d 1116, 1119 (9th Cir. 2000); *see also Landis v. North American Co.*, 299 U.S. 248 (1936).

7.    One week prior to the expiration of the requested stay, the parties will  file a status report on these discussions, inlcuding the need, if any, for a discovery and summary judgment briefing schedule.

THEREFORE, in light of the above, the parties request a 31-day stay of this case including the deadline for Defendant-Intervenors' Answer, through March 17, 2014, to permit the parties to continue their settlement discussions.  A proposed order is attached.

Dated:   February 13, 2014.          Respectfully Submitted,

ROBERT G. DREHER
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDEN, Assistant Chief

*/s/ J. Brett Grosko*
_____
MEREDITH L. FLAX (DCB 468016)
Senior Trial Attorney
J. BRETT GROSKO (Maryland Bar)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC  20044-7369
Phone: (202) 305-0404/(202) 305-0342
Fax: (202) 305-0275
Email:  meredith.flax@usdoj.gov

3

brett.grosko@usdoj.gov

*Attorneys for Federal Defendant*

OF COUNSEL:

MARK DYNER
United States Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
Mail Code: 2333A
Washington, D.C.  20460

*/s/ Steve Mashuda* (with permission)
_____

Steve Mashuda
Amanda Goodin
Earthjustice
Northwest Office
705 Second Ave., Suite 203
Seattle, WA  98104
Phone: 206.343.7340 x1027
Fax: 206.343.1526
smashuda@earthjustice.org
agoodin@earthjusticel.org

*Counsel for Plaintiffs*

*/s/ Kirsten L. Nathanson* (with permission)
_____

Kirsten L. Nathanson
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
Phone: 202.624.2887
Email: knathanson@crowell.com

*Attorney for Intervenor-Defendants*

4

IT IS SO ORDERED.

The Court hereby STAYS this matter.  The parties are DIRECTED to file a joint status report on or before March 10, 2014.

DATED this 14th day of February, 2014.


THOMAS S. ZILLY
United States District Judge

5