SAM HIRSCH                                          THE HONORABLE THOMAS S. ZILLY
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief

MEREDITH L. FLAX (D.C. Bar #468016)
J. BRETT GROSKO (Maryland Bar)
United States Department of Justice
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0404/(202) 305-0342 | Phone
(202) 305-0275 | Fax
meredith.flax@usdoj.gov
brett.grosko@usdoj.gov

*Counsel for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NORTHWEST CENTER FOR ALTERNATIVES TO PESTICIDES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Federal Defendant,<br><br>v.<br><br>CROPLIFE AMERICA, *et al.*,<br><br>Intervenor-Defendants. | )<br>) Civ. No. 10-01919-TSZ<br>)<br>)<br>) **JOINT STATUS REPORT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties, Northwest Center for Alternatives to Pesticides, *et al.* ("Plaintiffs"), Federal

Defendant, U.S. Environmental Protection Agency ("EPA"), and Intervenor-Defendants file the

1

following status report, and in support state:

1.    Pursuant to the Court's Order on stipulations filed by the parties, Dkt. 171, this case is currently stayed.  Since the Court issued its last Order on May 8, 2014, EPA published notice of the Plaintiffs' and Federal Defendant's proposed agreement in the *Federal Register* on June 6, 2014.  Request for Public Comment on Proposed Stipulated Injunction Involving Five Pesticides and Pacific Salmonid Species Listed as Threatened or Endangered Under the Endangered Species Act; Notice of Availability, 79 Fed. Reg. 32,732 (June 6, 2014).

2.    The *Federal Register* notice provides the public the opportunity to comment on that proposed agreement.  The public comment period runs through July 7, 2014.  Thereafter, EPA will consider all public comments received and determine whether any changes are appropriate.

3.    If EPA determines that changes to the proposed agreement are appropriate, it will discuss those changes with the parties.  After the close of the comment period and any further agreement regarding any appropriate changes, the Plaintiffs and the Federal Defendant intend to file the agreement with the Court for its consideration.

4.    Intervenor-Defendants do not intend to object to the agreement as currently proposed.

5.    Accordingly, to preserve the parties' and the Court's resources, the parties request a 60-day extension of the stay of this case to allow ample time for the above-described activities.

6.    In order to preserve resources, Intervenor-Defendants request, and the Plaintiffs and Federal Defendant do not object, that the 60-day extension of the stay also apply to the deadline for Intervenor-Defendants' Answer.

7.    This Court has authority to extend the current stay pursuant to its "inherent

authority to control its own docket and calendar." *Yong v. INS*, 208 F.3d 1116, 1119 (9th Cir. 2000); *see also Landis v. North American Co.*, 299 U.S. 248 (1936).

8.   One week prior to the expiration of the requested stay, the parties will file a status report on the above-described activities.

THEREFORE, in light of the above, the parties request a 60-day extension of the stay of this case including the deadline for Intervenor-Defendants' Answer, through August 29, 2014, to permit the parties to finalize and receive public comment on the proposed agreement.

Respectfully submitted this 24th day of June, 2014,

SAM HIRSCH
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief


_____*/s/ J. Brett Grosko*_____

| | |
|---|---|
| *Of Counsel* | MEREDITH L. FLAX (D.C. Bar #468016) |
| Mark Dyner, Esq. | J. BRETT GROSKO (Maryland Bar) |
| Environmental Protection Agency | United States Department of Justice |
| Office of General Counsel | Wildlife and Marine Resources Section |
| 1200 Pennsylvania Avenue, N.W. | Environment & Natural Resources Section |
| Washington, D.C.  20460 | United States Department of Justice |
| | P.O. Box 7611 |
| | Washington, D.C. 20044-7611 |
| | (202) 305-0404/(202) 305-0342 | Phone |
| | (202) 305-0275 | Fax |
| | meredith.flax@usdoj.gov |
| | brett.grosko@usdoj.gov |
| | |
| | *Counsel for the Federal Defendant* |

_/s/ Stephen D. Mashuda_ (w/permission)
STEPHEN D. MASHUDA (WSB #36968)
AMANDA W. GOODIN (WSB #41312)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
smashuda@earthjustice.org
agoodin@earthjustice.org

_Attorneys for Plaintiffs, Northwest Center for
Alternatives to Pesticides, Pacific Coast Federation
of Fishermen's Associations, Institute for
Fisheries Resources, Defenders of Wildlife, Joel
Kawahara, and Edward Deryckx_

_/s/ Kirsten L. Nathanson_ (w/ permission)
KIRSTEN L. NATHANSON (_pro hac vice_)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
Phone: (202) 624-2629
knathanson@crowell.com

_Attorneys for Defendant-Intervenors CropLife
America, Washington Friends of Farms and
Forests, Oregonians for Food and Shelter,
and Responsible Industry for a Sound Environment_

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

_/s/ J. Brett Grosko_

J. Brett Grosko

4

IT IS SO ORDERED.

The Court continues the STAY in this matter.  The parties are DIRECTED to file a joint status report on or before August 22, 2014.

DATED this _____th day of June, 2014.

_____
THOMAS S. ZILLY
United States District Judge